In the Matter of JOAN M. MERKEL, Appellant, v VILLAGE OF BLOOMFIELD et al., Respondents. [751 NYS2d 429] —Appeal from a judgment (denominated order) of Supreme Court, Ontario County (Doran, J.), entered January 11, 2002, which denied the CPLR article 78 amended petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Ontario County, Doran, J. Present—Pigott, Jr., P.J., Pine, Wisner, Kehoe and Burns, JJ.